IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re DALE WILLS,                        No. C 09-01765 CW (PR)

                                         ORDER OF DISMISSAL

_____/

    This case was commenced when Plaintiff submitted a letter dated April 12, 2009 and addressed to J. Clark Kelso, who has been appointed Receiver for the California prison health care system, in the case of Plata v. Schwarzenegger, Case No. C 01-1351 (TEH).  In an effort to protect Plaintiff's rights, the Clerk of the Court treated the letter as an attempt to open a new case.  On May 10, 2009, Plaintiff filed a letter addressed to the Clerk.  The Court has since reviewed these letters and finds that it is apparent that Plaintiff did not intend to commence a new case.

    In the May 10, 2009 letter, Plaintiff states that the Clerk "appears to have made a clerical error in intercepting a letter [he] addressed to Clark Kelso . . . and assign[ing] a case number to the letter as if it was a complaint." (Pl.'s May 10, 2009 Letter at 1.)  Plaintiff explains that this case was filed in "error" because he "did not file a complaint." (Id.)  The record shows that Plaintiff has no pending federal civil rights complaint in this Court.  Accordingly, this action is DISMISSED because it was opened in error.  No filing fee is due.  The Clerk shall terminate all pending motions and close the file.

1  The Clerk is directed to forward a copy of Plaintiff's April
2  12, 2009 letter to J. Clark Kelso at 501 J Street, Suite 605,
3  Sacramento, California 95814.
4  IT IS SO ORDERED.

Dated: 7/1/09



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DALE WILLS,

        Plaintiff,

  v.

// et al,

        Defendant.

Case Number: CV09-01765 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale G. Wills J-16405
Corcoran State Prison
4A4R-16
P.O. Box 3476
Corcoran, CA 93212

J. Clark Kelso                w/letter
501 J Street, Suite 605
Sacramento, CA 95814

Dated: July 1, 2009

                                Richard W. Wieking, Clerk
                                By: Sheilah Cahill, Deputy Clerk